| | |
|---|---|
| Bryan L. Clobes (*pro hac vice* anticipated)<br>**CAFFERTY CLOBES MERIWETHER &<br>SPRENGEL LLP**<br>205 N. Monroe Street,<br>Media, PA 19063<br>Tel: 215-864-2800<br>bclobes@caffertyclobes.com<br><br>Amy E. Keller (admitted *pro hac vice*)<br>Nada Djordjevic (admitted *pro hac vice*)<br>James A. Ulwick (admitted *pro hac vice*)<br>**DICELLO LEVITT LLP**<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>Tel. (312) 214-7900<br>akeller@dicellolevitt.com<br>ndjordjevic@dicellolevitt.com<br>julwick@dicellolevitt.com<br><br>David A. Straite (admitted *pro hac vice*)<br>**DICELLO LEVITT LLP**<br>485 Lexington Avenue, Suite 1001<br>New York, NY 10017<br>Tel. (646) 933-1000<br>dstraite@dicellolevitt.com<br><br>Brian O'Mara, SBN 229737<br>**DICELLO LEVITT LLP**<br>4747 Executive Drive<br>San Diego, California 92121<br>Telephone: (619) 923-3939<br>Facsimile: (619) 923-4233<br>briano@dicellolevitt.com<br><br>*Attorneys for Plaintiffs and the Class* | **QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Andrew H. Schapiro (*pro hac vice* forthcoming)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-4001<br><br>Alex Spiro (*pro hac vice* forthcoming)<br>alexspiro@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Attorneys for Defendant NVIDIA Corporation* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDRE DUBUS III, SUSAN ORLEAN**,<br><br>Individually and on behalf of all others similarly situated,<br><br>v.<br><br>**NVIDIA Corporation**, a Delaware corporation;<br><br>Defendant. | Case No. 4:24-cv-02655-JST<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6 – 2nd Floor<br><br>Action Filed: May 2, 2024 |

Pursuant to Civil Local Rule 6-1, Plaintiffs Andre Dubus III and Susan Orlean (collectively, "Plaintiffs") and Defendant NVIDIA Corporation ("Defendant" or "NVIDIA") (collectively, the "Parties"), by and through their respective counsel of record hereby stipulate the following:

1. WHEREAS, Plaintiffs filed the Complaint in this action on May 2, 2024 (ECF No. 1);

2. WHEREAS, NVIDIA was served with Plaintiffs' Complaint on May 10, 2024 (ECF No. 15);

3. WHEREAS, NVIDIA's time to move, answer, or otherwise respond to Plaintiffs' Complaint is May 31, 2024 (ECF No. 15);

4. WHEREAS, the Court judicially related this action to *Nazemian v. NVIDIA Corporation*, 24-cv-01454-JST, on May 29, 2024 (*Dubus* ECF No. 17);

5. WHEREAS, the *Dubus* Plaintiffs anticipate that Plaintiffs in both actions are likely to move to consolidate the two actions and file a consolidated amended complaint;

6. WHEREAS, NVIDIA has requested, and Plaintiffs have agreed to, an extension of NVIDIA's time to respond to Plaintiffs' Complaint by thirty (30) days; and

7. WHEREAS, this additional time for NVIDIA to respond will not alter the date of any event or deadline already fixed by the Court, is made in good faith and not for the purposes of any delay, enhances judicial efficiency in light of the possible consolidation motion, and will not prejudice any party or the Court;

NOW, THEREFORE IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel, that NVIDIA shall answer or otherwise respond to Plaintiffs' Complaint by July 1, 2024, unless mooted by the filing of an amended consolidated complaint.

Dated: May 31, 2024

Respectfully submitted,

By:   */s/ Sean S. Pak*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

|   |   |
|---|---|
| 1 | Andrew H. Schapiro (*pro hac vice* forthcoming) |
| 2 | andrewschapiro@quinnemanuel.com |
|   | 191 N. Wacker Drive, Suite 2700 |
| 3 | Chicago, Illinois 60606 |
|   | Telephone: (312) 705-7400 |
| 4 | Facsimile: (312) 705-4001 |

Andrew H. Schapiro (*pro hac vice* forthcoming)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Alex Spiro (*pro hac vice* forthcoming)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*

Dated: May 31, 2024

By: */s/ David A. Straite*
BRIAN O'MARA, SBN 229737
briano@dicellolevitt.com
**DICELLO LEVITT LLP**
4747 Executive Drive
San Diego, California 92121
Telephone: (619) 923-3939
Facsimile: (619) 923-4233

Bryan L. Clobes (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Tel: 215-864-2800
bclobes@caffertyclobes.com

Alexander J. Sweatman (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
asweatman@caffertyclobes.com

Amy E. Keller (admitted *pro hac vice*)
Nada Djordjevic (admitted *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*) )
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602

Tel. (312) 214-7900
akeller@dicellolevitt.com
julwick@dicellolevitt.com

David A. Straite (admitted *pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel. (646) 933-1000
dstraite@dicellolevitt.com

*Attorneys for Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: May 31, 2024                                By:   */s/ Sean S. Pak*
                                                                    Sean S. Pak