| | |
|---|---|
| Bryan L. Clobes (pro hac vice anticipated)<br>**CAFFERTY CLOBES MERIWETHER &<br>SPRENGEL LLP**<br>205 N. Monroe Street,<br>Media, PA 19063<br>Tel: 215-864-2800<br>bclobes@caffertyclobes.com<br><br>Amy E. Keller (admitted *pro hac vice*)<br>Nada Djordjevic (admitted *pro hac vice*)<br>James A. Ulwick (admitted *pro hac vice*)<br>**DICELLO LEVITT LLP**<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>Tel. (312) 214-7900<br>akeller@dicellolevitt.com<br>ndjordjevic@dicellolevitt.com<br>julwick@dicellolevitt.com<br><br>David A. Straite (admitted *pro hac vice*)<br>**DICELLO LEVITT LLP**<br>485 Lexington Avenue, Suite 1001<br>New York, NY 10017<br>Tel. (646) 933-1000<br>dstraite@dicellolevitt.com<br><br>Brian O'Mara, SBN 229737<br>**DICELLO LEVITT LLP**<br>4747 Executive Drive<br>San Diego, California 92121<br>Telephone: (619) 923-3939<br>Facsimile: (619) 923-4233<br>briano@dicellolevitt.com<br><br>*Attorneys for Plaintiffs and the Class* | **QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Andrew H. Schapiro (*pro hac vice* forthcoming)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-4001<br><br>Alex Spiro (*pro hac vice* forthcoming)<br>alexspiro@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Attorneys for Defendant NVIDIA Corporation* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDRE DUBUS III, SUSAN ORLEAN**,<br><br>Individually and on behalf of all others similarly situated,<br><br>v.<br><br>**NVIDIA Corporation**, a Delaware corporation;<br><br>Defendant. | Case No. 4:24-cv-02655-JST<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6 – 2nd Floor<br><br>Action Filed: May 2, 2024 |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, and for good cause appearing, it is HEREBY ORDERED that Defendant NVIDIA Corporation shall respond to Plaintiffs' Complaint on or before July 1, 2024.

**IT IS SO ORDERED.**

Dated:  June 4, 2024

The Honorable Jon S. Tigar
U.S. District Court Judge