1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| Abdi Nazemian, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NVIDIA Corporation, <br><br> Defendant. | Case No. 4:24-cv-01454-JST <br> Case No. 4:24-cv-02655-JST <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE** <br><br> Judge: Hon. Jon S. Tigar <br> Courtroom: 6 - 2nd Floor |
| Andre Dubus III, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NVIDIA Corp., <br><br> Defendant. | |

**JOINT STIPULATION RE PROPOSED CASE SCHEDULE**

Pursuant to Civil Local Rule 6-1 and the Court's Order After Case Management Conference (ECF No. 68), entered on September 9, 2024, the parties jointly submit the following proposed case schedule:

| Event | Proposed Date |
|---|---|
| Parties must submit stipulated ESI Protocol or each file letter brief up to 10 pages | September 19, 2024 |
| Parties must submit stipulated Protective Order or each file letter brief up to 10 pages | September 19, 2024 |
| If required, parties each submit responsive brief up to 5 pages regarding ESI Protocol | September 26, 2024 |
| If required, parties each submit responsive brief up to 5 pages regarding Protective Order | September 26, 2024 |
| Hearing on proposed Protective Order and ESI Protocol | October 16, 2024, 9:30 am PT |
| Date by which parties must submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas | March 25, 2025 |
| Deadline for Plaintiffs to file an amended pleading | April 15, 2025 |
| Substantial completion of productions | July 1, 2025 |
| Deadline for Producing party to complete production of privilege logs for any documents redacted or withheld on the basis of any privilege to date | July 17, 2025 |
| Close of Fact Discovery | November 20, 2025 |
| Service of Opening Expert Report(s) (on issues for which a party bears the burden of proof) | January 7, 2026 |
| Service of Rebuttal Expert Report(s) (on issues for which a party does not bear the burden of proof) | February 18, 2026 |
| Service of Expert Reply Report(s) | April 1, 2026 |

| **Event** | **Proposed Date** |
|---|---|
| Close of Expert Discovery | April 17, 2026 |
| Filing of Summary Judgment Motions on Fair Use[1] | May 19, 2026 |
| Filing of *Daubert* Motions | May 19, 2026 |
| Filing of Oppositions to Summary Judgment Motions on Fair Use | June 16, 2026 |
| Filing of Oppositions to *Daubert* Motions | June 16, 2026 |
| Filing of Replies in Support of Summary Judgment Motions on Fair Use | July 14, 2026 |
| Filing of Replies in Support of *Daubert* Motion(s) | July 14, 2026 |
| Hearing on Summary Judgment Motion on Fair Use and *Daubert* Motions | *At the Court's convenience* |
| Deadline for filing Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Deadline for filing Oppositions to Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Deadline for filing Replies in Support of Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Hearing on Class Certification and/or other Rule 56 Motions | *At the Court's convenience* |
| Trial Ready Date | Dates to Be Confirmed |

The parties reserve the right to seek to revisit the schedule should subsequent developments warrant such action.

---

[1] Per the Court's directive at the Case Management Conference on August 29, 2024, a party filing a motion for summary judgment in advance of class certification waives the one-way intervention rule.

| | |
|---|---|
| Dated: September 10, 2024 | Respectfully submitted, |
| | By: */s/ Joseph R. Saveri* |
| | Joseph R. Saveri (SBN 130064)<br>Christopher K.L. Young (SBN 318371)<br>Elissa A. Buchanan (SBN 249996)<br>Evan Creutz (SBN 349728)<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>Email:      jsaveri@saverilawfirm.com<br>                cyoung@saverilawfirm.com<br>                eabuchanan@saverilawfirm.com<br>                ecreutz@saverilawfirm.com |
| | Matthew Butterick (SBN 250953)<br>1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027<br>Telephone: (323) 968-2632<br>Facsimile:  (415) 395-9940<br>                 mb@butterick007law.com |
| | Brian D. Clark (admitted *pro hac vice*)<br>Laura M. Matson (admitted *pro hac vice*)<br>Arielle Wagner (admitted *pro hac vice*)<br>Eura Chang (admitted *pro hac vice*)<br>**LOCKRIDGE GRINDAL NAUEN PLLP**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone:  (612)339-6900<br>Facsimile:   (612)339-0981<br>                 bdclark@locklaw.com<br>                 lmmatson@locklaw.com<br>                 aswagner@locklaw.com<br>                 echang@locklaw.com |
| | *Attorneys for the* Nazemian *Plaintiffs and the Proposed Class* |

| | | |
|---|---|---|
| 1 | Dated: September 10, 2024 | Respectfully submitted, |
| 2 | | By: /s/ *Bryan L. Clobes* |
| | | Bryan L. Clobes (admitted *pro hac vice*) |
| | | **CAFFERTY CLOBES MERIWETHER** |
| | | **& SPRENGEL LLP** |
| | | 135 South LaSalle Street, Suite 3210 |
| | | Chicago, Illinois  60603 |
| | | Tel: 312-782-4880 |
| | | bclobes@caffertyclobes.com |

Alexander J. Sweatman (admitted *pro hac vice*)
Mohammed Rathur (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, Illinois  60603
Tel: 312-782-4880
asweatman@caffertyclobes.com

David A. Straite (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel. (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Nada Djordjevic (admitted *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

Brian O'Mara, SBN 229737
**DiCELLO LEVITT LLP**
4747 Executive Drive
San Diego, California 92121
Telephone: (619) 923-3939
Facsimile: (619) 923-4233
briano@dicellolevitt.com

*Counsel for the* Dubus *Plaintiffs and Proposed Class*

| | | |
|---|---|---|
| 1 | Dated: September 10, 2024 | Respectfully Submitted, |
| 2 | | By: */s/ Sean S. Pak* |
| 3 | | |
| 4 | | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 5 | | Sean S. Pak (SBN 219032) |
| 6 | | seanpak@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 7 | | San Francisco, CA 94111<br>Telephone: (415) 875-6600 |
| 8 | | Facsimile: (415) 875-6700 |
| 9 | | Andrew H. Schapiro (admitted *pro hac vice*) |
| 10 | | andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700 |
| 11 | | Chicago, Illinois 60606<br>Telephone: (312) 705-7400 |
| 12 | | Facsimile: (312) 705-4001 |
| 13 | | Alex Spiro (admitted *pro hac vice*) |
| 14 | | alexspiro@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor |
| 15 | | New York, NY 10010<br>Telephone: (212) 849-7000 |
| 16 | | Facsimile: (212) 849-7100 |
| 17 | | *Attorneys for Defendant NVIDIA Corporation* |

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, and for good cause appearing, it is hereby ORDERED that the Parties shall adhere to the following case schedule:

| Event | Proposed Date |
| --- | --- |
| Parties must submit stipulated ESI Protocol or each file letter brief up to 10 pages | September 19, 2024 |
| Parties must submit stipulated Protective Order or each file letter brief up to 10 pages | September 19, 2024 |
| If required, parties each submit responsive brief up to 5 pages regarding ESI Protocol | September 26, 2024 |
| If required, parties each submit responsive brief up to 5 pages regarding Protective Order | September 26, 2024 |
| Hearing on proposed Protective Order and ESI Protocol | October 16, 2024, 9:30 am PT |
| Date by which parties must submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas | March 25, 2025 |
| Deadline for Plaintiffs to file an amended pleading | April 15, 2025 |
| Substantial completion of production | July 1, 2025 |
| Deadline for Producing party to complete production of privilege logs for any documents redacted or withheld on the basis of any privilege to date | July 17, 2025 |
| Close of Fact Discovery | November 20, 2025 |
| Service of Opening Expert Report(s) (on issues for which a party bears the burden of proof) | January 7, 2026 |
| Service of Rebuttal Expert Report(s) (on issues for which a party does not bear the burden of proof) | February 18, 2026 |
| Service of Expert Reply Report(s) | April 1, 2026 |
| Close of Expert Discovery | April 17, 2026 |

| Event | Proposed Date |
|---|---|
| Filing of Summary Judgment Motions on Fair Use[2] | May 19, 2026 |
| Filing of *Daubert* Motions | May 19, 2026 |
| Filing of Oppositions to Summary Judgment Motions on Fair Use | June 16, 2026 |
| Filing of Oppositions to *Daubert* Motions | June 16, 2026 |
| Filing of Replies in Support of Summary Judgment Motions on Fair Use | July 14, 2026 |
| Filing of Replies in Support of *Daubert* Motion(s) | July 14, 2026 |
| Hearing on Summary Judgment Motion on Fair Use and *Daubert* Motions | *At the Court's convenience* |
| Deadline for filing Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Deadline for filing Oppositions to Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Deadline for filing Replies in Support of Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Hearing on Class Certification and/or other Rule 56 Motions | *At the Court's convenience* |
| Trial Ready Date | Dates to Be Confirmed |

**IT IS SO ORDERED.**

Dated: _____                      _____
                                                The Honorable Jon S. Tigar
                                                U.S. District Court Judge

---

[2] Per the Court's directive at the Case Management Conference on August 29, 2024, a party filing a motion for summary judgment in advance of class certification waives the one-way intervention rule.

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: September 10, 2024  /s/ *Bryan L. Clobes*
Bryan L. Clobes