1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| Abdi Nazemian, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NVIDIA Corporation, <br><br> Defendant. | Case No. 4:24-cv-01454-JST <br> Case No. 4:24-cv-02655-JST <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE CASE SCHEDULE** <br><br> Judge: Hon. Jon S. Tigar <br> Courtroom: 6 - 2nd Floor |
| Andre Dubus III, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NVIDIA Corp., <br><br> Defendant. | |

# JOINT STIPULATION RE PROPOSED CASE SCHEDULE

Pursuant to Civil Local Rule 6-1 and the Court's Order After Case Management Conference (ECF No. 68), entered on September 9, 2024, the parties jointly submit the following proposed case schedule:

| Event | Proposed Date |
| --- | --- |
| Parties must submit stipulated ESI Protocol or each file letter brief up to 10 pages | September 19, 2024 |
| Parties must submit stipulated Protective Order or each file letter brief up to 10 pages | September 19, 2024 |
| If required, parties each submit responsive brief up to 5 pages regarding ESI Protocol | September 26, 2024 |
| If required, parties each submit responsive brief up to 5 pages regarding Protective Order | September 26, 2024 |
| Hearing on proposed Protective Order and ESI Protocol | October 16, 2024, 9:30 am PT |
| Date by which parties must submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas | March 25, 2025 |
| Deadline for Plaintiffs to file an amended pleading | April 15, 2025 |
| Substantial completion of productions | July 1, 2025 |
| Deadline for Producing party to complete production of privilege logs for any documents redacted or withheld on the basis of any privilege to date | July 17, 2025 |
| Close of Fact Discovery | November 20, 2025 |
| Service of Opening Expert Report(s) (on issues for which a party bears the burden of proof) | January 7, 2026 |
| Service of Rebuttal Expert Report(s) (on issues for which a party does not bear the burden of proof) | February 18, 2026 |
| Service of Expert Reply Report(s) | April 1, 2026 |

| Event | Proposed Date |
|---|---|
| Close of Expert Discovery | April 17, 2026 |
| Filing of Summary Judgment Motions on Fair Use[1] | May 19, 2026 |
| Filing of *Daubert* Motions | May 19, 2026 |
| Filing of Oppositions to Summary Judgment Motions on Fair Use | June 16, 2026 |
| Filing of Oppositions to *Daubert* Motions | June 16, 2026 |
| Filing of Replies in Support of Summary Judgment Motions on Fair Use | July 14, 2026 |
| Filing of Replies in Support of *Daubert* Motion(s) | July 14, 2026 |
| Hearing on Summary Judgment Motion on Fair Use and *Daubert* Motions | *At the Court's convenience* |
| Deadline for filing Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Deadline for filing Oppositions to Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Deadline for filing Replies in Support of Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Hearing on Class Certification and/or other Rule 56 Motions | *At the Court's convenience* |
| Trial Ready Date | Dates to Be Confirmed |

The parties reserve the right to seek to revisit the schedule should subsequent developments warrant such action.

---

[1] Per the Court's directive at the Case Management Conference on August 29, 2024, a party filing a motion for summary judgment in advance of class certification waives the one-way intervention rule.

Dated: September 9, 2024

Respectfully submitted,

By: /s/ Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:   jsaveri@saverilawfirm.com
            cyoung@saverilawfirm.com
            eabuchanan@saverilawfirm.com
            ecreutz@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
            mb@buttericklaw.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle Wagner (admitted *pro hac vice*)
Eura Chang (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612)339-6900
Facsimile: (612)339-0981
            bdclark@locklaw.com
            lmmatson@locklaw.com
            aswagner@locklaw.com
            echang@locklaw.com

*Attorneys for the* Nazemian *Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: September 9, 2024 | Respectfully submitted, |
| | By:  /s/ Bryan L. Clobes |
| | Bryan L. Clobes (admitted *pro hac vice*) |
| | **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP** |
| | 205 N. Monroe Street |
| | Media, PA 19063 |
| | Tel: 215-864-2800 |
| | bclobes@caffertyclobes.com |

Alexander J. Sweatman (admitted *pro hac vice*)
Mohammed Rathur (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
asweatman@caffertyclobes.com

David A. Straite (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel. (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Nada Djordjevic (admitted *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

Brian O'Mara, SBN 229737
**DiCELLO LEVITT LLP**
4747 Executive Drive
San Diego, California 92121
Telephone: (619) 923-3939
Facsimile: (619) 923-4233
briano@dicellolevitt.com

*Counsel for the* Dubus *Plaintiffs and Proposed Class*

| | |
|---|---|
| Dated: September 9, 2024 | Respectfully Submitted, |
| | By: /s/ Sean S. Pak |
| | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| | Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-4001 |
| | Alex Spiro (admitted *pro hac vice*)<br>alexspiro@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| | *Attorneys for Defendant NVIDIA Corporation* |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, and for good cause appearing, it is hereby ORDERED that the Parties shall adhere to the following case schedule:

| Event | Proposed Date |
|---|---|
| Parties must submit stipulated ESI Protocol or each file letter brief up to 10 pages | September 19, 2024 |
| Parties must submit stipulated Protective Order or each file letter brief up to 10 pages | September 19, 2024 |
| If required, parties each submit responsive brief up to 5 pages regarding ESI Protocol | September 26, 2024 |
| If required, parties each submit responsive brief up to 5 pages regarding Protective Order | September 26, 2024 |
| Hearing on proposed Protective Order and ESI Protocol | October 16, 2024, 9:30 am PT |
| Date by which parties must submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas | March 25, 2025 |
| Deadline for Plaintiffs to file an amended pleading | April 15, 2025 |
| Substantial completion of production | July 1, 2025 |
| Deadline for Producing party to complete production of privilege logs for any documents redacted or withheld on the basis of any privilege to date | July 17, 2025 |
| Close of Fact Discovery | November 20, 2025 |
| Service of Opening Expert Report(s) (on issues for which a party bears the burden of proof) | January 7, 2026 |
| Service of Rebuttal Expert Report(s) (on issues for which a party does not bear the burden of proof) | February 18, 2026 |
| Service of Expert Reply Report(s) | April 1, 2026 |
| Close of Expert Discovery | April 17, 2026 |

| Event | Proposed Date |
|---|---|
| Filing of Summary Judgment Motions on Fair Use[2] | May 19, 2026 |
| Filing of *Daubert* Motions | May 19, 2026 |
| Filing of Oppositions to Summary Judgment Motions on Fair Use | June 16, 2026 |
| Filing of Oppositions to *Daubert* Motions | June 16, 2026 |
| Filing of Replies in Support of Summary Judgment Motions on Fair Use | July 14, 2026 |
| Filing of Replies in Support of *Daubert* Motion(s) | July 14, 2026 |
| Hearing on Summary Judgment Motion on Fair Use and *Daubert* Motions | *At the Court's convenience* |
| Deadline for filing Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Deadline for filing Oppositions to Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Deadline for filing Replies in Support of Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Hearing on Class Certification and/or other Rule 56 Motions | *At the Court's convenience* |
| Trial Ready Date | Dates to Be Confirmed |

**IT IS SO ORDERED.**

Dated: September 11, 2024

_____
The Honorable Jon S. Tigar
U.S. District Court Judge

---

[2] Per the Court's directive at the Case Management Conference on August 29, 2024, a party filing a motion for summary judgment in advance of class certification waives the one-way intervention rule.