1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| Abdi Nazemian, et al., | Case No. 4:24-cv-01454-JST |
| Plaintiffs, | Case No. 4:24-cv-02655-JST |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER RE ESI PROTOCOL AND PROTECTIVE ORDER SCHEDULE** |
| NVIDIA Corporation, | |
| Defendant. | Judge: Hon. Jon S. Tigar |
| | Courtroom: 6 - 2nd Floor |
| Andre Dubus III, et al., | |
| Plaintiffs, | |
| vs. | |
| NVIDIA Corporation, | |
| Defendant. | |

Pursuant to Civil Local Rule 7-12 and the Court's Minute Entry for proceedings held on October 21, 2024, (ECF No. 80), the undersigned Parties to the above-captioned action, by and through their respective counsel of record, hereby stipulate the following:

1.      WHEREAS, on August 29, 2024, the Parties appeared before the Honorable Judge Tigar for an Initial Case Management Conference, (ECF No. 66);

2.      WHEREAS, on September 9, 2024, the Court ordered the Parties to meet and confer on a proposed protective order and ESI protocol order, and established a schedule and requirements for submitting briefs if Parties could not reach agreement, (ECF No. 68);

3.      WHEREAS, the Parties submitted their respective ESI protocol and protective order proposals and accompanying briefs on September 9, 2024, (ECF Nos. 73, 74), and responses and supplemental submissions thereafter (ECF Nos. 75, 76, 79);

4.      WHEREAS, on October 21, 2024, the Parties appeared before the Court to present arguments regarding their respective ESI protocols and protective order proposals (ECF No. 80);

5.      WHEREAS, the Court directed the Parties to further meet and confer to resolve disputed issues in their respective ESI protocol and protective order proposals, and to submit a stipulation or competing proposals with accompanying briefs by November 4, 2024 (ECF No. 80);

6.      WHEREAS, on November 4, 2024 the Parties stipulated to extend the deadline for submitting a stipulation or competing proposals with accompanying briefs from November 4, 2024 to November 14, 2024 (ECF No. 84), which was ordered by the Court on November 5, 2024 (ECF No. 85);

7.      WHEREAS, the Parties have engaged in five (5) meet and confer conferences for over five hours collectively and exchanged numerous redlined drafts of the ESI protocol and protective order proposals since October 21, 2024, and have made significant progress toward narrowing the disputed issues in the respective proposals; and

8.      WHEREAS, the Parties believe that they can make additional progress by continuing to meet and confer on the remaining disputed issues.

NOW, THEREFORE IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel, that the Parties' deadline to submit a stipulation, or competing proposed ESI

Protocols, Protective Orders, and supportive briefs not to exceed 5 pages, shall be extended from

November 14, 2024 to November 18, 2024.

Dated: November 14, 2024                    Respectfully submitted,

                                  By:  */s/ Joseph R. Saveri*

                                  Joseph R. Saveri (SBN 130064)
                                  Christopher K.L. Young (SBN 318371)
                                  Elissa A. Buchanan (SBN 249996)
                                  Evan Creutz (SBN 349728)
                                  **JOSEPH SAVERI LAW FIRM, LLP**
                                  601 California Street, Suite 1505
                                  San Francisco, California 94108
                                  Telephone: (415) 500-6800
                                  Facsimile: (415) 395-9940
                                  Email:     jsaveri@saverilawfirm.com
                                             cyoung@saverilawfirm.com
                                             eabuchanan@saverilawfirm.com
                                             ecreutz@saverilawfirm.com

                                  Matthew Butterick (SBN 250953)
                                  1920 Hillhurst Avenue, #406
                                  Los Angeles, CA 90027
                                  Telephone: (323) 968-2632
                                  Facsimile:  (415) 395-9940
                                             mb@butericklaw.com

                                  Brian D. Clark (admitted *pro hac vice*)
                                  Laura M. Matson (admitted *pro hac vice*)
                                  Arielle Wagner (admitted *pro hac vice*)
                                  Eura Chang (admitted *pro hac vice*)
                                  **LOCKRIDGE GRINDAL NAUEN PLLP**
                                  100 Washington Avenue South, Suite 2200
                                  Minneapolis, MN 55401
                                  Telephone:  (612)339-6900
                                  Facsimile:  (612)339-0981
                                             bdclark@locklaw.com
                                             lmmatson@locklaw.com
                                             aswagner@locklaw.com
                                             echang@locklaw.com

                                  *Attorneys for the* Nazemian *Plaintiffs and the Proposed Class*

Dated: November 14, 2024                    Respectfully submitted,

By: /s/ Bryan L. Clobes
Bryan L. Clobes (admitted *pro hac vice*)
Alexander J. Sweatman (admitted *pro hac vice*)
Mohammed Rathur (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

David A. Straite (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel. (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Nada Djordjevic (admitted *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

Brian O'Mara (SBN 229737)
**DiCELLO LEVITT LLP**
4747 Executive Drive
San Diego, California 92121
Telephone: (619) 923-3939
Facsimile: (619) 923-4233
briano@dicellolevitt.com

*Counsel for the* Dubus *Plaintiffs and Proposed Class*

Dated: November 14, 2024

Respectfully Submitted,

By: _/s/  Sean S. Pak_

**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Alex Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, and for good cause appearing, it is hereby ORDERED that the Parties deadline for filing a stipulated ESI Protocol and stipulated Protective Order, or filing the Parties' respective proposals and briefs shall be continued to November 18, 2024.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                       The Honorable Jon S. Tigar
                                                       U.S. District Court Judge

1

### ATTESTATION PURSUANT TO CIVIL L.R. 5-1

2      The filer attests that the other signatories listed, on whose behalf the filing is also submitted,

3  are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

4

5  Dated: November 14, 2024                    */s/ Bryan L. Clobes*
                                              Bryan L. Clobes
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28