# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| Abdi Nazemian, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>NVIDIA Corporation,<br><br>    Defendant. | Case No. 4:24-cv-01454-JST<br>Case No. 4:24-cv-02655-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE ESI PROTOCOL AND PROTECTIVE ORDER SCHEDULE**<br><br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6 - 2nd Floor |
| Andre Dubus III, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>NVIDIA Corporation,<br><br>    Defendant. | |

1    Pursuant to Civil Local Rule 7-12 and the Court's Minute Entry for proceedings held on October
2    21, 2024, (ECF No. 80), the undersigned Parties to the above-captioned action, by and through their
3    respective counsel of record, hereby stipulate the following:
4    1.    WHEREAS, on August 29, 2024, the Parties appeared before the Honorable Judge Tigar
5    for an Initial Case Management Conference, (ECF No. 66);
6    2.    WHEREAS, on September 9, 2024, the Court ordered the Parties to meet and confer on a
7    proposed protective order and ESI protocol order, and established a schedule and requirements for
8    submitting briefs if Parties could not reach agreement, (ECF No. 68);
9    3.    WHEREAS, the Parties submitted their respective ESI protocol and protective order
10   proposals and accompanying briefs on September 9, 2024, (ECF Nos. 73, 74), and responses and
11   supplemental submissions thereafter (ECF Nos. 75, 76, 79);
12   4.    WHEREAS, on October 21, 2024, the Parties appeared before the Court to present
13   arguments regarding their respective ESI protocols and protective order proposals (ECF No. 80);
14   5.    WHEREAS, the Court directed the Parties to further meet and confer to resolve disputed
15   issues in their respective ESI protocol and protective order proposals, and to submit a stipulation or
16   competing proposals with accompanying briefs by November 4, 2024 (ECF No. 80);
17   6.    WHEREAS, on November 4, 2024 the Parties stipulated to extend the deadline for
18   submitting a stipulation or competing proposals with accompanying briefs from November 4, 2024 to
19   November 14, 2024 (ECF No. 84), which was ordered by the Court on November 5, 2024 (ECF No. 85);
20   7.    WHEREAS, the Parties have engaged in five (5) meet and confer conferences for over five
21   hours collectively and exchanged numerous redlined drafts of the ESI protocol and protective order
22   proposals since October 21, 2024, and have made significant progress toward narrowing the disputed
23   issues in the respective proposals; and
24   8.    WHEREAS, the Parties believe that they can make additional progress by continuing to
25   meet and confer on the remaining disputed issues.
26   NOW, THEREFORE IT IS HEREBY STIPULATED, by and between the Parties and their
27   respective counsel, that the Parties' deadline to submit a stipulation, or competing proposed ESI
28

Case No. 4:24-cv-01454-JST
Case No. 4:24-cv-02655-JST                                1
JOINT STIPULATION AND [PROPOSED] ORDER RE ESI PROTOCOL AND PROTECTIVE ORDER SCHEDULE

1  Protocols, Protective Orders, and supportive briefs not to exceed 5 pages, shall be extended from
2  November 14, 2024 to November 18, 2024.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: November 14, 2024

Respectfully submitted,

By: /s/ Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          cyoung@saverilawfirm.com
          eabuchanan@saverilawfirm.com
          ecreutz@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile:  (415) 395-9940
          mb@buttericklaw.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle Wagner (admitted *pro hac vice*)
Eura Chang (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612)339-6900
Facsimile:  (612)339-0981
          bdclark@locklaw.com
          lmmatson@locklaw.com
          aswagner@locklaw.com
          echang@locklaw.com

*Attorneys for the* Nazemian *Plaintiffs and the Proposed Class*

Dated: November 14, 2024

Respectfully submitted,

By: /s/ Bryan L. Clobes
Bryan L. Clobes (admitted *pro hac vice*)
Alexander J. Sweatman (admitted *pro hac vice*)
Mohammed Rathur (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

David A. Straite (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel. (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Nada Djordjevic (admitted *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

Brian O'Mara (SBN 229737)
**DiCELLO LEVITT LLP**
4747 Executive Drive
San Diego, California 92121
Telephone: (619) 923-3939
Facsimile: (619) 923-4233
briano@dicellolevitt.com

*Counsel for the* Dubus *Plaintiffs and Proposed Class*

Dated: November 14, 2024        Respectfully Submitted,

By: /s/ Sean S. Pak

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Alex Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*

Case 4:24-cv-02655-JST   Document 69   Filed 11/15/24   Page 7 of 8

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, and for good cause appearing, it is hereby ORDERED that the Parties deadline for filing a stipulated ESI Protocol and stipulated Protective Order, or filing the Parties' respective proposals and briefs shall be continued to November 18, 2024.

**IT IS SO ORDERED.**

Dated: November 15, 2024

_____
The Honorable Jon S. Tigar
U.S. District Court Judge

Case No. 4:24-cv-01454-JST
Case No. 4:24-cv-02655-JST
1
[PROPOSED] ORDER RE CASE SCHEDULE

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: November 14, 2024                                    */s/ Joseph R. Saveri*
                                                            Joseph R. Saveri