1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Sean S. Pak (SBN 219032)
   seanpak@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, CA 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Andrew H. Schapiro (admitted pro hac vice)
6  andrewschapiro@quinnemanuel.com
   191 N. Wacker Drive, Suite 2700
7  Chicago, Illinois 60606
   Telephone: (312) 705-7400
8  Facsimile: (312) 705-4001

9  Alex Spiro (admitted pro hac vice)
   alexspiro@quinnemanuel.com
10 295 5th Avenue
   New York, NY 10016
11 Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
12
   *Attorneys for Defendant NVIDIA Corporation*
13

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDI NAZEMIAN, BRIAN KEENE, and STEWART O'NAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>NVIDIA Corporation,<br><br>      Defendant. | Case No. 4:24-cv-01454-JST<br>Case No. 4:24-cv-02655-JST<br><br>**NVIDIA CORPORATION'S NOTICE OF CHANGE OF ADDRESS FOR CERTAIN COUNSEL** |
| ANDRES DUBUS III and SUSAN ORLEAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>NVIDIA Corporation,<br><br>      Defendant. | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the mailing address of Alex Spiro, Ron Hagiz, Jessica Rose, and Cary E. Adickman, counsel for Defendant NVIDIA Corporation, has changed. The new mailing address is as follows:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016

All other contact information has remained unchanged.

DATED: December 13, 2024              Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By   */s/ Sean S. Pak*

Attorneys for Defendant NVIDIA Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of California via the CM/ECF system, which automatically notified all counsel of record of the filing electronically.

*/s/ Cary E. Adickman*
Cary E. Adickman