United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDI NAZEMIAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NVIDIA CORPORATION,<br><br>　　　　　Defendant.<br><br>ANDRES DUBUS III and SUSAN ORLEAN, individually and on behalf of all others similarly situated.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NVIDIA Corporation,<br><br>　　　　　Defendant. | Case No. 24-cv-01454-JST<br>Case No. 4:24-cv-02655-JST<br><br>**ORDER REFERRING ALL DISCOVERY DISPUTES TO MAGISTRATE JUDGE** |

Discovery disputes in these related cases are referred to Magistrate Judge Kandis Westmore. All further discovery matters shall be filed pursuant to Magistrate Judge Westmore's procedures.

**IT IS SO ORDERED**.

Dated: February 14, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge