1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

ABDI NAZEMIAN, et al.,

Case No. 4:24-cv-01454-JST
Case No. 4:24-cv-02655-JST

Plaintiffs,

8

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

9

v.

10

NVIDIA CORPORATION,

Defendant.

11

12

ANDRES DUBUS III and SUSAN
ORLEAN, individually and on behalf of all
others similarly situated.,

13

14

Plaintiffs,

15

v.

16

NVIDIA Corporation,

17

Defendant.

18

19

The Court having reviewed the parties' most recent case management statement, and it

20

appearing that there currently are no matters requiring the Court's attention, the case management

21

conference scheduled for February 14, 2025 is CONTINUED to May 9, 2025 at 1:30 p.m.  An

22

updated joint case management statement is due May 2, 2025.

23

**IT IS SO ORDERED**.

24

Dated: February 14, 2025

25



JON S. TIGAR
United States District Judge

26

27

28

United States District Court
Northern District of California