1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| Abdi Nazemian, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NVIDIA Corporation,<br><br>　　　　Defendant. | Case No. 4:24-cv-01454-JST (SK)<br>Case No. 4:24-cv-02655-JST (SK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE DEPOSITION PROTOCOL SUBMISSION DEADLINE** |
| Andre Dubus III, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NVIDIA Corporation,<br><br>　　　　Defendant. | |

Pursuant to Civil Local Rule 7-12, the undersigned Parties to the above-captioned action, by and through their respective counsel of record, hereby stipulate the following:

1. WHEREAS, on August 29, 2024, the Parties appeared before the Honorable Judge Tigar for an Initial Case Management Conference, (Case No. 4:24-cv-01454-JST (SK) ("*Nazemian*"), ECF No. 66; Case No. 4:24-cv-02655-JST (SK) ("*Dubus*"), ECF No. 56), and the Court ordered the Parties to meet and confer on a proposed case schedule (*Nazemian*, ECF No. 68; *Dubus*, ECF No. 57);

2. WHEREAS, on September 9, 2024 in the *Nazemian* case and on September 10, 2024 in the *Dubus* case the Parties submitted a stipulated case schedule, which included March 25, 2025 as the deadline by which the parties must submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas (*Nazemian*, ECF No. 70; *Dubus*, ECF No. 58);

3. WHEREAS, on September 11, 2024, the Court ordered the parties' stipulated case schedule, including the Deposition Protocol submission deadline (*Nazemian*, ECF No. 71; *Dubus*, ECF No. 59);

4. WHEREAS, on March 6 and 12, 2025, additional counsel joined the case for Plaintiffs (*Nazemian*, ECF Nos. 106-122, 124-26);

5. WHEREAS, the Parties believe that an extension of the Deposition Protocol deadline is needed so they can make progress toward a stipulated protocol; and

6. WHEREAS, the requested extension will not affect any other date scheduled in this case;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between the Parties and their respective counsel, subject to the Court's approval, that the Parties' deadline to submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas, shall be extended from March 25, 2025 to April 24, 2025.

| | |
|---|---|
| Dated: March 21, 2025 | Respectfully submitted, |
| | By:  /s/ Joseph R. Saveri |

                                    Joseph R. Saveri (SBN 130064)
                                    Christopher K.L. Young (SBN 318371)
                                    Evan Creutz (SBN 349728)
                                    Elissa A. Buchanan (SBN 249996)
                                    William Castillo Guardado (SBN 294159)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
wcastillo@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile:  (415) 395-9940
        mb@buttericklaw.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle Wagner (admitted *pro hac vice*)
Eura Chang (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612)339-6900
Facsimile:   (612)339-0981
        bdclark@locklaw.com
        lmmatson@locklaw.com
        aswagner@locklaw.com
        echang@locklaw.com

Justin A. Nelson (admitted *pro hac vice*)
Alejandra C. Salinas (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366

jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor
New York, NY 10019
Telephone: (212) 336-8330
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com

Rachel J. Geman (pro hac vice)
Danna Z. Elmasry (pro hac vice)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212.355.9500
rgeman@lchb.com
delmasry@lchb.com

Anne B. Shaver
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel.: 415.956.1000
ashaver@lchb.com

Betsy A. Sugar (pro hac vice)
**LIEFF CABRASER HEIMANN**

Case No. 4:24-cv-01454-JST (SK)
Case No. 4:24-cv-02655-JST (SK)

3

JOINT STIPULATION AND [PROPOSED] ORDER RE DEPOSITION PROTOCOL SUBMISSION DEADLINE

                     **& BERNSTEIN, LLP**
222 2nd Avenue S. Suite 1640
Nashville, TN 37201
Tel.: 615.313.9000
bsugar@lchb.com

*Attorneys for the* Nazemian *Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: March 21, 2025 | Respectfully submitted,<br><br>By: /s/ Bryan L. Clobes<br>Bryan L. Clobes (admitted *pro hac vice*)<br>Alexander J. Sweatman (admitted *pro hac vice*)<br>Mohammed Rathur (admitted *pro hac vice*)<br>**CAFFERTY CLOBES MERIWETHER<br>& SPRENGEL LLP**<br>135 South LaSalle Street, Suite 3210<br>Chicago, IL 60603<br>Tel: 312-782-4880<br>bclobes@caffertyclobes.com<br>asweatman@caffertyclobes.com<br>mrathur@caffertyclobes.com<br><br>David A. Straite (admitted *pro hac vice*)<br>**DiCELLO LEVITT LLP**<br>485 Lexington Avenue, Suite 1001<br>New York, NY 10017<br>Tel. (646) 933-1000<br>dstraite@dicellolevitt.com<br><br>Amy E. Keller (admitted *pro hac vice*)<br>Nada Djordjevic (admitted *pro hac vice*)<br>James A. Ulwick (admitted *pro hac vice*)<br>**DiCELLO LEVITT LLP**<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>Tel. (312) 214-7900<br>akeller@dicellolevitt.com<br>ndjordjevic@dicellolevitt.com<br>julwick@dicellolevitt.com<br><br>Brian O'Mara (SBN 229737)<br>**DiCELLO LEVITT LLP**<br>4747 Executive Drive<br>San Diego, California 92121<br>Telephone: (619) 923-3939<br>Facsimile: (619) 923-4233<br>briano@dicellolevitt.com<br><br>*Counsel for the* Dubus *Plaintiffs and Proposed Class* |

Dated: March 21, 2025                    Respectfully Submitted,

By: /s/ Sean S. Pak

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Alex Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, it is hereby ORDERED that the Parties' deadline for filing an agreed upon Deposition Protocol, or filing a joint letter brief with the Parties' respective proposals shall be continued to April 24, 2025.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Sallie Kim
U.S. Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: March 21, 2025   /s/ *Sean S. Pak*
Sean S. Pak