UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Abdi Nazemian, et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>NVIDIA Corporation,<br><br>        Defendant. | Case No. 4:24-cv-01454-JST (SK)<br>Case No. 4:24-cv-02655-JST (SK)<br><br>**JOINT STIPULATION AND ORDER RE DEPOSITION PROTOCOL SUBMISSION DEADLINE** |
| Andre Dubus III, et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>NVIDIA Corporation,<br><br>       Defendant. | |

1  Pursuant to Civil Local Rule 7-12, the undersigned Parties to the above-captioned action, by and
2  through their respective counsel of record, hereby stipulate the following:

3  1. WHEREAS, on August 29, 2024, the Parties appeared before the Honorable Judge Tigar
4  for an Initial Case Management Conference, (Case No. 4:24-cv-01454-JST (SK) ("*Nazemian*"), ECF No.
5  66; Case No. 4:24-cv-02655-JST (SK) ("*Dubus*"), ECF No. 56), and the Court ordered the Parties to meet
6  and confer on a proposed case schedule (*Nazemian*, ECF No. 68; *Dubus*, ECF No. 57);

7  2. WHEREAS, on September 9, 2024 in the *Nazemian* case and on September 10, 2024 in
8  the *Dubus* case the Parties submitted a stipulated case schedule, which included March 25, 2025 as the
9  deadline by which the parties must submit an agreed upon Deposition Protocol or a joint letter brief
10 regarding any disputed areas (*Nazemian*, ECF No. 70; *Dubus*, ECF No. 58);

11 3. WHEREAS, on September 11, 2024, the Court ordered the parties' stipulated case
12 schedule, including the Deposition Protocol submission deadline (*Nazemian*, ECF No. 71; *Dubus*, ECF
13 No. 59);

14 4. WHEREAS, on March 6 and 12, 2025, additional counsel joined the case for Plaintiffs
15 (*Nazemian*, ECF Nos. 106-122, 124-26);

16 5. WHEREAS, the Parties believe that an extension of the Deposition Protocol deadline is
17 needed so they can make progress toward a stipulated protocol; and

18 6. WHEREAS, the requested extension will not affect any other date scheduled in this case;
19 NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between the Parties
20 and their respective counsel, subject to the Court's approval, that the Parties' deadline to submit an
21 agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas, shall be extended
22 from March 25, 2025 to April 24, 2025.

Dated: March 21, 2025               Respectfully submitted,

                                    By:  /s/ Joseph R. Saveri

                                    Joseph R. Saveri (SBN 130064)
                                    Christopher K.L. Young (SBN 318371)
                                    Evan Creutz (SBN 349728)
                                    Elissa A. Buchanan (SBN 249996)
                                    William Castillo Guardado (SBN 294159)
                                    **JOSEPH SAVERI LAW FIRM, LLP**
                                    601 California Street, Suite 1505
                                    San Francisco, California 94108
                                    Telephone: (415) 500-6800
                                    Facsimile: (415) 395-9940
                                    jsaveri@saverilawfirm.com
                                    cyoung@saverilawfirm.com
                                    ecreutz@saverilawfirm.com
                                    eabuchanan@saverilawfirm.com
                                    wcastillo@saverilawfirm.com

                                    Matthew Butterick (SBN 250953)
                                    1920 Hillhurst Avenue, #406
                                    Los Angeles, CA 90027
                                    Telephone: (323) 968-2632
                                    Facsimile:  (415) 395-9940
                                            mb@butericklaw.com

                                    Brian D. Clark (admitted *pro hac vice*)
                                    Laura M. Matson (admitted *pro hac vice*)
                                    Arielle Wagner (admitted *pro hac vice*)
                                    Eura Chang (admitted *pro hac vice*)
                                    **LOCKRIDGE GRINDAL NAUEN PLLP**
                                    100 Washington Avenue South, Suite 2200
                                    Minneapolis, MN 55401
                                    Telephone:  (612)339-6900
                                    Facsimile:   (612)339-0981
                                            bdclark@locklaw.com
                                            lmmatson@locklaw.com
                                            aswagner@locklaw.com
                                            echang@locklaw.com

                                    Justin A. Nelson (admitted *pro hac vice*)
                                    Alejandra C. Salinas (admitted *pro hac vice*)
                                    **SUSMAN GODFREY L.L.P**
                                    1000 Louisiana Street, Suite 5100
                                    Houston, TX 77002-5096
                                    Telephone: (713) 651-9366

jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor
New York, NY 10019
Telephone: (212) 336-8330
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com

Rachel J. Geman (pro hac vice)
Danna Z. Elmasry (pro hac vice)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212.355.9500
rgeman@lchb.com
delmasry@lchb.com

Anne B. Shaver
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel.: 415.956.1000
ashaver@lchb.com

Betsy A. Sugar (pro hac vice)
**LIEFF CABRASER HEIMANN**

                        **& BERNSTEIN, LLP**
222 2nd Avenue S. Suite 1640
Nashville, TN 37201
Tel.: 615.313.9000
bsugar@lchb.com

*Attorneys for the* Nazemian *Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: March 21, 2025 | Respectfully submitted,<br><br>By: /s/ Bryan L. Clobes<br>Bryan L. Clobes (admitted *pro hac vice*)<br>Alexander J. Sweatman (admitted *pro hac vice*)<br>Mohammed Rathur (admitted *pro hac vice*)<br>**CAFFERTY CLOBES MERIWETHER**<br>**& SPRENGEL LLP**<br>135 South LaSalle Street, Suite 3210<br>Chicago, IL 60603<br>Tel: 312-782-4880<br>bclobes@caffertyclobes.com<br>asweatman@caffertyclobes.com<br>mrathur@caffertyclobes.com<br><br>David A. Straite (admitted *pro hac vice*)<br>**DiCELLO LEVITT LLP**<br>485 Lexington Avenue, Suite 1001<br>New York, NY 10017<br>Tel. (646) 933-1000<br>dstraite@dicellolevitt.com<br><br>Amy E. Keller (admitted *pro hac vice*)<br>Nada Djordjevic (admitted *pro hac vice*)<br>James A. Ulwick (admitted *pro hac vice*)<br>**DiCELLO LEVITT LLP**<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>Tel. (312) 214-7900<br>akeller@dicellolevitt.com<br>ndjordjevic@dicellolevitt.com<br>julwick@dicellolevitt.com<br><br>Brian O'Mara (SBN 229737)<br>**DiCELLO LEVITT LLP**<br>4747 Executive Drive<br>San Diego, California 92121<br>Telephone: (619) 923-3939<br>Facsimile: (619) 923-4233<br>briano@dicellolevitt.com<br><br>*Counsel for the* Dubus *Plaintiffs and Proposed Class* |

| | |
|---|---|
| Dated: March 21, 2025 | Respectfully Submitted, |
| | By: /s/ Sean S. Pak |
| | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | Sean S. Pak (SBN 219032) |
| | seanpak@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| | |
| | Andrew H. Schapiro (admitted *pro hac vice*) |
| | andrewschapiro@quinnemanuel.com |
| | 191 N. Wacker Drive, Suite 2700 |
| | Chicago, Illinois 60606 |
| | Telephone: (312) 705-7400 |
| | Facsimile: (312) 705-4001 |
| | |
| | Alex Spiro (admitted *pro hac vice*) |
| | alexspiro@quinnemanuel.com |
| | 51 Madison Avenue, 22nd Floor |
| | New York, NY 10010 |
| | Telephone: (212) 849-7000 |
| | Facsimile: (212) 849-7100 |
| | |
| | *Attorneys for Defendant NVIDIA Corporation* |

# ORDER

Pursuant to the stipulation of the Parties, it is hereby ORDERED that the Parties' deadline for filing an agreed upon Deposition Protocol, or filing a joint letter brief with the Parties' respective proposals shall be continued to April 24, 2025.

**IT IS SO ORDERED.**

Dated: March 25, 2025

                                        The Honorable Sallie Kim
                                        U.S. Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: March 21, 2025                               /s/ *Sean S. Pak*
                                                                    Sean S. Pak