# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| Abdi Nazemian, et al., | Case No. 4:24-cv-01454-JST (SK) |
| Plaintiffs, | Case No. 4:24-cv-02655-JST (SK) |
| vs. | **FURTHER JOINT STIPULATION AND ORDER RE DEPOSITION PROTOCOL SUBMISSION DEADLINE** |
| NVIDIA Corporation, | |
| Defendant. | |
| | |
| Andre Dubus III, et al., | |
| Plaintiffs, | |
| vs. | |
| NVIDIA Corporation, | |
| Defendant. | |

Pursuant to Civil Local Rule 7-12, the undersigned Parties to the above-captioned action, by and through their respective counsel of record, hereby stipulate the following:

1.    WHEREAS, on March 21, 2025, the Parties filed a joint stipulation to extend the Parties' deadline to submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas, from March 25, 2025 to April 24, 2025, which was granted on March 25, 2025 (*Nazemian*, ECF Nos. 128, 130; *Dubus*, ECF Nos. 82, 84);

2.    WHEREAS, the parties require additional time to confer regarding Plaintiffs' proposed deposition protocol and believe that a further extension of the Deposition Protocol deadline is needed so they can make progress toward a stipulated protocol; and

3.    WHEREAS, the requested extension will not affect any other date scheduled in this case;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between the Parties and their respective counsel, subject to the Court's approval, that the Parties' deadline to submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas, shall be further extended from April 24, 2025 to May 15, 2025.

Dated: April 22, 2025                    Respectfully submitted,

                                         By:  /s/ Joseph R. Saveri

                                         Joseph R. Saveri (SBN 130064)
                                         Christopher K.L. Young (SBN 318371)
                                         Evan Creutz (SBN 349728)
                                         Elissa A. Buchanan (SBN 249996)
                                         William Castillo Guardado (SBN 294159)
                                         **JOSEPH SAVERI LAW FIRM, LLP**
                                         601 California Street, Suite 1505
                                         San Francisco, California 94108
                                         Telephone: (415) 500-6800
                                         Facsimile: (415) 395-9940
                                         jsaveri@saverilawfirm.com
                                         cyoung@saverilawfirm.com
                                         ecreutz@saverilawfirm.com
                                         eabuchanan@saverilawfirm.com
                                         wcastillo@saverilawfirm.com

                                         Matthew Butterick (SBN 250953)
                                         1920 Hillhurst Avenue, #406
                                         Los Angeles, CA 90027
                                         Telephone: (323) 968-2632
                                         Facsimile:  (415) 395-9940
                                                 mb@butiericklaw.com

                                         Brian D. Clark (admitted *pro hac vice*)
                                         Laura M. Matson (admitted *pro hac vice*)
                                         Arielle Wagner (admitted *pro hac vice*)
                                         Eura Chang (admitted *pro hac vice*)
                                         **LOCKRIDGE GRINDAL NAUEN PLLP**
                                         100 Washington Avenue South, Suite 2200
                                         Minneapolis, MN 55401
                                         Telephone:  (612)339-6900
                                         Facsimile:   (612)339-0981
                                                 bdclark@locklaw.com
                                                 lmmatson@locklaw.com
                                                 aswagner@locklaw.com
                                                 echang@locklaw.com

                                         Justin A. Nelson (admitted *pro hac vice*)
                                         Alejandra C. Salinas (admitted *pro hac vice*)
                                         **SUSMAN GODFREY L.L.P**
                                         1000 Louisiana Street, Suite 5100
                                         Houston, TX 77002-5096
                                         Telephone: (713) 651-9366

jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor
New York, NY 10019
Telephone: (212) 336-8330
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com

Rachel J. Geman (pro hac vice)
Danna Z. Elmasry (pro hac vice)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212.355.9500
rgeman@lchb.com
delmasry@lchb.com

Anne B. Shaver
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel.: 415.956.1000
ashaver@lchb.com

Betsy A. Sugar (pro hac vice)
**LIEFF CABRASER HEIMANN**

**& BERNSTEIN, LLP**
222 2nd Avenue S. Suite 1640
Nashville, TN 37201
Tel.: 615.313.9000
bsugar@lchb.com

*Attorneys for the* Nazemian *Plaintiffs and the Proposed Class*

Dated: April 22, 2025                    Respectfully submitted,

By:  */s/ Bryan L. Clobes*
Bryan L. Clobes (admitted *pro hac vice*)
Alexander J. Sweatman (admitted *pro hac vice*)
Mohammed Rathur (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

David A. Straite (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel. (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Nada Djordjevic (admitted *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

Brian O'Mara (SBN 229737)
**DiCELLO LEVITT LLP**
4747 Executive Drive
San Diego, California 92121
Telephone: (619) 923-3939
Facsimile: (619) 923-4233
briano@dicellolevitt.com

*Counsel for the* Dubus *Plaintiffs and Proposed Class*

Dated: April 22, 2025                    Respectfully Submitted,

By: _/s/ Sean S. Pak_

**QUINN EMANUEL URQUHART &**

**SULLIVAN, LLP**

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Alex Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**ORDER**

Pursuant to the stipulation of the Parties, it is hereby ORDERED that the Parties' deadline for filing an agreed upon Deposition Protocol, or filing a joint letter brief with the Parties' respective proposals shall be continued to May 15, 2025.

**IT IS SO ORDERED.**

Dated:  April 22, 2025

_____

The Honorable Sallie Kim
U.S. Magistrate Judge