# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| Abdi Nazemian, et al.,<br><br>   Plaintiffs,<br><br>  vs.<br><br>NVIDIA Corporation,<br><br>   Defendant. | Case No. 4:24-cv-01454-JST (SK)<br>Case No. 4:24-cv-02655-JST (SK)<br><br>**JOINT STIPULATION AND [PROPOSED]**<br>**ORDER CONSOLIDATING CASES** |
| Andre Dubus III, et al.,<br><br>   Plaintiffs,<br><br>  vs.<br><br>NVIDIA Corporation,<br><br>   Defendant. | |

Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiffs Stewart O'Nan, Abdi Nazemian, Brian Keene, Susan Orlean, Andre Dubus III and Defendant NVIDIA Corporation jointly request that the above captioned actions (the "Actions") be consolidated for all pretrial and trial proceedings. The parties, by and through their respective counsel of record, hereby stipulate the following:

1. WHEREAS, Plaintiffs Abdi Nazemian, Brian Keene, and Stewart O'Nan filed a Complaint on March 8, 2024 against Defendant NVIDIA Corporation in *Nazemian, et al. v. NVIDIA Corp.*, Case No. 4:24-cv-01454-JST (N.D. Cal. March 8, 2024) (the "*Nazemian* Action") (*Nazemian* Dkt. No. 1);

2. WHEREAS, on May 2, 2024, Plaintiffs Andre Dubus III and Susan Orlean filed a Complaint against Defendant NVIDIA Corporation in *Dubus, et al., v. NVIDIA Corp.*, Case No. 4:24-cv-02655-JST (N.D. Cal. May 2, 2024) (the "*Dubus* Action") (*Dubus* Dkt. No. 1);

3. WHEREAS, on May 23, 2024, Plaintiffs filed an Administrative Motion to Consider Whether Cases Should be Related seeking to relate the *Dubus* Action to the *Nazemian* Action (Nazemian Dkt. No. 37);

4. WHEREAS, on May 29, 2024, this Court granted the motion and related the *Dubus* Action to the *Nazemian* Action (*Nazemian* Dkt. No. 47; *Dubus* Dkt. No. 17);

5. WHEREAS, on April 29, 2025, NVIDIA filed a motion to consolidate the *Nazemian* Action and *Dubus* Action. *See Nazemian* Dkt. No. 135; *Dubus* Dkt. No. 87.

6. WHEREAS, the parties agree that consolidation of the Actions will advance the just and efficient progress of this litigation (including in ongoing discovery in the Actions), reduce case duplication, conserve Court time and resources, avoid the need to contact parties and witnesses for multiple proceedings, minimize expenditure of time and money for all parties involved, and avoid the risk of inconsistent rulings. *See* Fed. R. Civ. P. 42(a);

7. WHEREAS, the parties have conferred and agreed that going forward, the *Nazemian* Action and the *Dubus* Action shall be consolidated for all purposes under Federal Rule of Civil Procedure 42(a);

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between the Parties and their respective counsel that, subject to the Court's approval,

1. the *Nazemian* Action and the *Dubus* Action shall be consolidated for all purposes under Federal Rule of Civil Procedure 42(a); and

2. the *Nazemian* and *Dubus* Actions shall be maintained under Master File Case No. 4:24-cv-01454-JST (the "Consolidated Action"); and

3. Defendant's motion to consolidate the *Nazemian* Action (*Nazemian* Dkt. No. 135) and the *Dubus* Action (*Dubus* Dkt. 87) are denied as moot; and

4. Plaintiffs' counsel shall file a proposal for the appointment of interim lead counsel by June 11, 2025.

Dated: May 12, 2025

Respectfully submitted,

By: /s/ Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Evan Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
William Castillo Guardado (SBN 294159)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
wcastillo@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
mb@buttericklaw.com

Justin A. Nelson (admitted *pro hac vice*)
Alejandra C. Salinas (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor

New York, NY 10019
Telephone: (212) 336-8330
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com

Rachel J. Geman (pro hac vice)
Danna Z. Elmasry (pro hac vice)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212.355.9500
rgeman@lchb.com
delmasry@lchb.com

Anne B. Shaver
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel.: 415.956.1000
ashaver@lchb.com

Betsy A. Sugar (pro hac vice)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
222 2nd Avenue S. Suite 1640
Nashville, TN 37201
Tel.: 615.313.9000
bsugar@lchb.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle Wagner (admitted *pro hac vice*)
Eura Chang (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612)339-6900

Case No. 4:24-cv-01454-JST (SK)          4
Case No. 4:24-cv-02655-JST (SK)

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES

Facsimile: (612)339-0981
bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com
echang@locklaw.com

*Attorneys for the* Nazemian *Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: May 12, 2025 | Respectfully submitted, |
| | By:  /s/ *Bryan L. Clobes* |
| | Bryan L. Clobes (admitted *pro hac vice*) |
| | Alexander J. Sweatman (admitted *pro hac vice*) |
| | Mohammed Rathur (admitted *pro hac vice*) |
| | **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP** |
| | 135 South LaSalle Street, Suite 3210 |
| | Chicago, IL 60603 |
| | Tel: 312-782-4880 |
| | bclobes@caffertyclobes.com |
| | asweatman@caffertyclobes.com |
| | mrathur@caffertyclobes.com |
| | |
| | David A. Straite (admitted *pro hac vice*) |
| | **DiCELLO LEVITT LLP** |
| | 485 Lexington Avenue, Suite 1001 |
| | New York, NY 10017 |
| | Tel. (646) 933-1000 |
| | dstraite@dicellolevitt.com |
| | |
| | Amy E. Keller (admitted *pro hac vice*) |
| | Nada Djordjevic (admitted *pro hac vice*) |
| | James A. Ulwick (admitted *pro hac vice*) |
| | **DiCELLO LEVITT LLP** |
| | Ten North Dearborn Street, Sixth Floor |
| | Chicago, Illinois 60602 |
| | Tel. (312) 214-7900 |
| | akeller@dicellolevitt.com |
| | ndjordjevic@dicellolevitt.com |
| | julwick@dicellolevitt.com |
| | |
| | Brian O'Mara (SBN 229737) |
| | **DiCELLO LEVITT LLP** |
| | 4747 Executive Drive |
| | San Diego, California 92121 |
| | Telephone: (619) 923-3939 |
| | Facsimile: (619) 923-4233 |
| | briano@dicellolevitt.com |
| | |
| | *Counsel for the* Dubus *Plaintiffs and Proposed Class* |

Dated: May 12, 2025 | Respectfully Submitted,

By: /s/ Sean S. Pak

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Alex Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*

**[PROPOSED] ORDER**

**PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.**

Dated: May 13, 2025

_____
The Honorable Jon. S. Tigar
U.S. District Court Judge