AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION | |
|---|---|---|
| DOCKET NO.<br>3:24-cv-2655 | DATE FILED<br>5/2/2024 | |
| PLAINTIFF<br>Andre Dubus III, Susan Orlean, Individually and on behalf of all others similarly situated | | DEFENDANT<br>NVIDIA Corporation, a Delaware corporation |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | TX0006864182 | The Garden of Last Days | Andre Dubus III |
| 2 | TX0002495806 | The Cage Keeper and Other Stories | Andre Dubus III |
| 3 | TX0007344763 | Townie: A Memoir | Andre Dubus III |
| 4 | TX0004921990 | The Orchid Thief | Susan Orlean |
| 5 | TX0008661053 | The Library Book | Susan Orlean |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☑ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED<br>5/13/2025 |
|---|---|---|
| CLERK<br>Mark B Busby | (BY) DEPUTY CLERK<br>*Peter Frontiere* | DATE<br>5/13/2025 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy