UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDI NAZEMIAN, et al., <br><br>     Plaintiffs, <br><br>     v. <br><br> NVIDIA CORPORATION, <br><br>     Defendant. | Case No.  24-cv-01454-JST <br> Case No.  24-cv-02655-JST <br><br> ORDER OF RECUSAL |
| ANDRES DUBUS III, et al. <br><br>     Plaintiffs, <br><br>     v. <br><br> NVIDIA CORPORATION, <br><br>     Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to the undersigned for discovery disputes.  The court recuses itself from this matter.

IT IS SO ORDERED.

Dated: February 19, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge